```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PEXIP, INC.,                                                           :
                                                                       :
                        Plaintiff,                                     :
                                                                       :    25 Civ. 6752 (JPC)
                -v-                                                    :
                                                                       :    ORDER
TELESYNERGY HEALTH SYSTEMS, INC.,                                      :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 26, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore September 16, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until September 23, 2025. If Defendant once again fails to respond to the Complaint by that date, Plaintiff shall seek a Certificate of Default by September 30, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: September 17, 2025  
      New York, New York

                                          JOHN P. CRONAN  
                                    United States District Judge