# PERI | STEWART | MALIA
## ATTORNEYS AT LAW

October 3, 2025

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Pexip, Inc. v. Telesynergy Health Systems, Inc.
      Civil Case No. 1:25-cv-06752-JPC
      Initial Case Management Conference Date: October 22, 2025, 11:00 a.m.

Dear Judge Cronan:

This law firm represents the plaintiff, Pexip, Inc. in the above-captioned matter. Notice was received today that the Initial Case Management Conference is scheduled for October 22, 2025. I will be in Norway from October 18 through October 25, 2025 on a prearranged business trip. I am not sure that the dial-in information will work while overseas. I have consulted with my adversary who consents to an adjournment of the conference if the Court so permits.

Thank you for your consideration.

Respectfully submitted,
**PERI STEWART MALIA**

Michael T. Stewart

MTS/moa
Cc: Alan E. Sash, Esq. (via email and Ecourts)

---

**Judge's endorsement:**

The request is granted. The initial pretrial conference is adjourned until October 28, 2025, at 10:00 a.m. Parties shall comply with all other aspects of the Court's scheduling order, Dkt. 14. The Clerk of the Court is respectfully directed to close Docket Number 15.

SO ORDERED.
Date: October 6, 2025
New York, New York

JOHN P. CRONAN
United States District Judge