# BUSHELL, SOVAK, KANE & SASH LLP

ATTORNEYS AT LAW

www.bushellsovak.com

| | | |
|---|---|---|
| ALAN E. SASH<br>asash@bushellsovak.com<br>(212) 949-4700 | 274 MADISON AVENUE<br>SUITE 1500<br>NEW YORK, NY 10016 | NEW YORK<br>CONNECTICUT<br>NEW JERSEY |

October 7, 2025

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

>Re: Pexip, Inc. v. Telesynergy Health Systems, Inc.
>Civil Case No. 1:25-cv-06752-JPC
>Request to Adjourn Initial Case Management Conference

Dear Judge Cronan:

This firm represents the defendant, Telesynergy Health Systems, Inc., in the above-referenced matter. The initial case management conference was originally scheduled for October 22, 2025. Counsel for plaintiff (with the consent of all parties) requested that it be adjourned because he will be away during that time. Yesterday, the Court adjourned the conference to October 28, 2025 at 10am. Unfortunately, I have a pre-scheduled deposition at that date and time involving multiple parties which took a long time to schedule. Accordingly, I respectfully request that the conference in this case be rescheduled anytime during the week of November 3, 2025. I have consulted with counsel for the plaintiff and he consents to this request.

Thank you for your consideration.

Respectfully submitted,

*Alan E. Sash*

Alan E. Sash

---

The request is granted. The initial pretrial conference shall be adjourned until November 5, 2025, at 3:00 p.m. Parties shall comply with all other aspects of the Court's scheduling order. The Clerk of the Court is respectfully directed to close Docket Number 17.

SO ORDERED.
Date: October 9, 2025
New York, New York

*John P. Cronan*
JOHN P. CRONAN
United States District Judge