```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PEXIP, INC.,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :
               -v-                                                     :    25 Civ. 6752 (JPC)
                                                                       :
TELESYNERGY HEALTH SYSTEMS, INC.,                                      :           ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 3, 2025, the Court ordered the parties to submit, one week before the initial pretrial conference, a joint letter with, among other things, a description of the case and a status update on any settlement talks. Dkt. 14 ("Order") at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. at 2-3. The conference was initially scheduled for October 22, 2025, and was adjourned to November 5, 2025. *See* Dkts. 16, 18. Therefore the joint letter and proposed case management plan and scheduling order were due on October 29, 2025. *See* Order at 2. The parties failed to submit either.

By 5:00 p.m. on November 3, 2025, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 14. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: October 31, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge