UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

      :

PEXIP, INC.,      :

      :

         Plaintiff,      :

      :

      -v-      :      25 Civ. 6752 (JPC)

      :

TELESYNERGY HEALTH SYSTEMS, INC.,      :      <u>ORDER</u>

      :

         Defendant.      :

      :

---------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

Discovery concluded on April 30, 2026. *See* Dkt. 22 at 2. Under the Case Management Plan, the parties were required to submit a joint status letter by May 7, 2026, advising "whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion." *Id.* at 3. In addition, "[i]n the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement." *Id.* The docket does not reflect any post-discovery submission from the parties.

The parties shall submit a joint status letter by May 18, 2026.

SO ORDERED.

Dated: May 11, 2026
      New York, New York

                                    JOHN P. CRONAN
                          United States District Judge