# PERI | STEWART | MALIA
## ATTORNEYS AT LAW

June 8, 2026

<u>VIA ECF</u>

The request is granted. By July 8, 2026, the parties shall advise the Court whether they have reached a settlement. The Clerk of Court is respectfully directed to close Docket Number 26.

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED.
June 9, 2026
New York, New York



JOHN P. CRONAN
United States District Judge

Re:   Pexip, Inc. v. Telesynergy Health Systems, Inc.
      Civil Case No. 1:25-cv-06752-JPC

Dear Judge Cronan:

This firm represents Plaintiff, Pexip, Inc. in the above-captioned matter. Per the instructions of the Court, this correspondence serves to advise that the parties have continued their settlement discussions and have made substantial progress toward resolution of this matter.

Specifically, the parties have narrowed the terms of a proposed Consent Order addressing all matters, save one remaining issue. The parties are actively working to resolve that final issue and are optimistic that a complete resolution can be achieved without further Court intervention.

Accordingly, Plaintiff respectfully requests one final adjournment of thirty (30) days to permit the parties to complete their negotiations and finalize the Consent Order. Defendant consents to this request. Thank you for the Court's consideration.

Respectfully submitted,
**PERI STEWART MALIA**

Michael T. Stewart

MTS/moa
Cc: Alan E. Sash, Esq. (via email and ECF)