UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

PEXIP, INC.,

Plaintiff,

-v-

TELESYNERGY HEALTH SYSTEMS, INC.,

Defendant.

---------------------------------------------------------------------- X

25 Civ. 6752 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Given the low quality of the copy of the Proposed Judgment filed on the docket on August 13, 2026, Dkt. 33, the parties are ordered to re-file their Proposed Judgment by the end of today, August 14, 2026.

SO ORDERED.

Dated: August 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge